```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SHAREAF BROWN,                                              :
                              Plaintiff,                    :
                                                            :         19 Civ. 261 (LGS)
              -against-                                     :
                                                            :         ORDER
THE CITY OF NEW YORK, et al.,                               :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference was held on November 12, 2019, to discuss Plaintiff's delay in mailing executed releases to Defendants;

WHEREAS, Plaintiff stated at the conference that he is willing to voluntarily dismiss this action, if Defendants return to Plaintiff the property vouchered during his arrest. It is hereby

**ORDERED** that Fishkill Correctional Facility officials shall arrange for Plaintiff to access a notary, so that Plaintiff's releases can be executed and notarized, and then mailed to the Court by **November 20, 2019**. Defendants shall transmit a copy of this Order to the appropriate Fishkill Correctional Facility official(s). Plaintiff shall also show the relevant officials a copy of this Order, so that he can access a notary as soon as possible. It is further

**ORDERED** that, by **November 20, 2019**, Defendants shall file a letter regarding the status of returning Plaintiff's vouchered property and whether the parties have agreed that Plaintiff will voluntarily dismiss the case in return for the vouchered property.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: November 12, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE